UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNIFER FRANKLIN PRESCOTT; JORG
BUSSE,

                          Plaintiffs,

-vs-                                                   Case No. 2:09-cv-791-FtM-36SPC

ROGER ALEJO; KENNETH M. WILKINSON;
JACK N. PETERSON; ROGER DESJARLAIS;
LEE COUNTY FLORIDA; LEE COUNTY
VALUE ADJUSTMENT BOARD; LORI L.
RUTLAND; STATE OF FLORIDA, BOARD of
TRUSTEES of the INTERNAL IMPROVEMENT
TRUST FUND; STATE OF FLORIDA,
DEPARTMENT of ENVIRONMENTAL,
Protection; CHAD LACH; REAGAN KATHLEEN
RUSSELL; KAREN B. HAWES; CHARLIE
GREEN; BOB JANES; BRIAN BIGELOW; RAY
JUDAH; TAMMY HALL; FRANK MANN;
UNITED STATES ATTORNEY(s); SEAN P.
FLYNN; E. KENNETH STEGEBY; DAVID P.
RHODES; A. BRIAN ALBRITTON; CYNTHIA A.
PIVACEK; JOHNSON ENGINEERING, INC.;
STEVEN CARTA; MIKE SCOTT; HUGH D.
HAYES; GERALD D. SIEBENS; STATE of
FLORIDA ATTORNEY GENERAL; WILLIAM
M. MARTIN; PETERSON BERNARD; SKIP
QUILLEN; TOM GILBERTSON; CHARLES
BARRY STEVENS,

                          Defendants.
_____

## **ORDER**

This matter comes before the Court on the Plaintiffs, Jennifer Franklin Prescott and Jorge

Busse's Motion to Compel Defendants Responses and Declare Defendants' Previous Pleadings not

Responsive to Proven Judicial Case Fixing, Corruption, Fraud in the Court(s) and Bribery (Doc. # 84 ) filed on March 12, 2010.

Pursuant to Local Rule 3.01(a), "[i]n every motion or other application for an order, the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, and memorandum of legal authority in support of the request, all of which the movant shall include in a single document not more than twenty-five pages long." The Plaintiffs' Motion has no organization or legal reasoning. Instead it is a compilation of unsupported allegations and charges against any official that has rendered an adverse ruling against their position. The Motion requests relief ranging from injunctions, reconsideration, vacating and setting aside judgments against the Plaintiff, and compensatory damages. As such, the Plaintiff's Motion is due to be denied.

Accordingly, it is now

**ORDERED:**

The Plaintiffs, Jennifer Franklin Prescott and Jorge Busse's Motion to Compel Defendants Responses and Declare Defendants' Previous Pleadings not Responsive to Proven Judicial Case Fixing, Corruption, Fraud in the Court(s) and Bribery (Doc. # 84 ) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___26th___ day of March, 2010.

*SheriPolsterChappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record