UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNIFER FRANKLIN PRESCOTT; JORG BUSSE,

           Plaintiffs,

-vs-                                                                Case No. 2:09-cv-791-FtM-36SPC

ROGER ALEJO; KENNETH M. WILKINSON; JACK N. PETERSON; ROGER DESJARLAIS; LEE COUNTY FLORIDA; LEE COUNTY VALUE ADJUSTMENT BOARD; LORI L. RUTLAND; STATE OF FLORIDA, BOARD of TRUSTEES of the INTERNAL IMPROVEMENT TRUST FUND; STATE OF FLORIDA, DEPARTMENT of ENVIRONMENTAL, Protection; CHAD LACH; REAGAN KATHLEEN RUSSELL; KAREN B. HAWES; CHARLIE GREEN; BOB JANES; BRIAN BIGELOW; RAY JUDAH; TAMMY HALL; FRANK MANN; UNITED STATES ATTORNEY(s); SEAN P. FLYNN; E. KENNETH STEGEBY; DAVID P. RHODES; A. BRIAN ALBRITTON; CYNTHIA A. PIVACEK; JOHNSON ENGINEERING, INC.; STEVEN CARTA; MIKE SCOTT; HUGH D. HAYES; GERALD D. SIEBENS; STATE of FLORIDA ATTORNEY GENERAL; WILLIAM M. MARTIN; PETERSON BERNARD; SKIP QUILLEN; TOM GILBERTSON; CHARLES BARRY STEVENS,

           Defendants.
_____

**<u>ORDER</u>**

      This matter comes before the Court on the Notice of Substitution of Counsel Within the Office of the Attorney General (Doc. #254) filed on August 18, 2010. Counsel within the Office of Attorney General move the Court to substitute Shelley B. Cridlin, Esq., in the place of any and all

prior Counsel assigned to represent the Honorable Cynthia A. Pivacek and the Honorable Hugh D. Hayes. Having found good cause, the Court will grant the substitution of Counsel.

Accordingly, it is now

**ORDERED:**

(1) The Notice of Substitution of Counsel Within the Office of the Attorney General (Doc. #254) is **GRANTED**. Shelley B. Cridlin, Esq., of the Office of the Attorney General, 501 East Kennedy Blvd., Suite 1100, Tampa, Florida 33602, shall be designated Counsel of Record.

(2) The Clerk is directed to remove all other counsel from electronic notification through the CM/ECF system.

**DONE AND ORDERED** at Fort Myers, Florida, this ___19th___ day of August, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record